IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVE CAMILLO CIRRI, | : | Civil Action No. 4:13-CV-0654 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| TODD MUROSKI and MICHELLE STUNTZ, | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**ORDER**

June 13, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the thorough May 14, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. No objections have been filed.

Because this court agrees with Judge Schwab's thorough analysis the court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation is ADOPTED in full. ECF No. 11

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is GRANTED. ECF No. 7.

3. The action is dismissed with prejudice.

4. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge